IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WILLIAM AGOSTO GOMEZ

DEBTOR(S)

CASE NO. 21-00827-MCF

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is :$ 0.00

3. The general unsecured pool is :$ 277.00

AMENDED PLAN DATE: July 19, 2021         PLAN BASE: $64,800.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 8/17/2021

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

Per paystub gross income for debtor per trustee's calculation, the average monthly gross income is $6,760.65 (these amounts include the commissions). Amended Schedule I discloses debtor's gross income of $1,386.67 regular income and $1,396.44 commissions. Also, debtor has disclosed on reply that commissions are in a monthly basis. If we consider the year to date received in commissions up to June 20, 2021, it results in an average of $3,866.15 (monthly) approximately .

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR